```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CAN'T LIVE WITHOUT IT, LLC D/B/A          :
S'WELL BOTTLE,                            :
                                          :    17-cv-3506 (JSR)
          Plaintiff,                      :
                                          :
          -v-                             :
                                          :
ETS EXPRESS, INC.,                        :
                                          :
          Defendant.                      :
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/18

## JURY'S VERDICT

### A. Claim of Trade Dress Infringement

1. With respect to plaintiff's claim of trade dress infringement, we the jury find defendant ETS Express, Inc.:

    \_\_\_\_ Liable         **X** Not Liable

**[If you find "Liable," please proceed to questions numbers 2 and 3. If you find "Not Liable," leave numbers 2 and 3 blank and proceed to directly to number 4].**

2. With respect to compensatory damages on plaintiff's trade dress infringement claim, we the jury award plaintiff S'well Bottle:

    $ _____

3. With respect to willful damages on plaintiff's trade dress infringement claim, we the jury award the plaintiff:

$ _____

### B. Claim of Unfair Competition

4. With respect to plaintiff's claim of unfair competition, we the jury find defendant ETS Express, Inc.:

    ____ Liable        _X_ Not Liable

**[If you find "Liable," proceed to question number 5. If you find "Not Liable," leave question 5 blank.]**

5. With respect to compensatory damages for plaintiff's unfair competition claim, we the jury award the plaintiff:

$ _____

**[Please have the foreperson sign and date below, and let the marshal know you are done.]**

SIGNED this _29_ day of March, 2018

*Keith Sullivan*
Jury Foreperson